NUMBER 13-07-00495-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

THE LAMAR COMPANY, LLC., Appellant,


v.



DELFINO FLORES, JR. Appellee.

_____________________________________________________________


On Appeal from the 107th District Court of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


The parties to this appeal have filed a joint motion asking the Court to dismiss this
appeal. According to the motion, the parties have reached an agreement to settle and
compromise their differences. They ask this Court to render judgment effectuating the
parties' agreement. See Tex. R. App. P. 42.1(a)(2)(A). 

The parties have agreed that the appeal should be dismissed, the judgment of the
trial court should become final, and the judgment should be satisfied by the payment of the
settlement amount.

We GRANT the joint motion to dismiss. We RENDER judgment effectuating the
parties' settlement agreement, and DISMISS the appeal. Appellant shall bear the costs
of this appeal. See id. 42.1(d).


PER CURIAM


Memorandum Opinion delivered 

and filed this the 24th day of April, 2008.